1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

11

12 AMERANTH, INC., a Delaware
corporation,

13                         Plaintiff,

14 v.

15 CHOWNOW, INC., a Delaware
corporation,

16                         Defendant.

17

18 CHOWNOW, INC., a Delaware
corporation,

19

20                         Counter-claimant,

21 v.

22 AMERANTH, INC., a Delaware
corporation,

23                         Counter-defendant.

) Case No.:  3:20-cv-02167-BEN-BLM
)
) **ORDER GRANTING JOINT**
) **MOTION FOR EXTENSION OF**
) **TIME FOR PLAINTIFF TO**
) **RESPOND TO DEFENDANT'S**
) **AMENDED COUNTERCLAIMS**
)
) **[ECF No. 34]**
)
)
)
)
)
)
)
)
)
)
)
)
)

24 **I.    INTRODUCTION**

25       Plaintiff/Counter-defendant Ameranth, Inc., a Delaware corporation ("Plaintiff" or

26 "Ameranth") brings this action for breach of a patent licensing agreement against

27 Defendant/Counter-claimant ChowNow, Inc., a Delaware corporation ("Defendant" or

28 "ChowNow").  ECF No. 1; *see also* ECF No. 12-1 at 6:3-4.

-1-

1   Before the Court is the Joint Motion of Ameranth and ChowNow (collectively, the

2   "Parties") for an Extension of Time for Ameranth to Respond to ChowNow's Amended

3   Counterclaims (the "Joint Motion").  ECF No. 34.  After considering the papers submitted,

4   supporting documentation, and applicable law, the Court **GRANTS** the Joint Motion.

5   **II.   BACKGROUND**

6   A more detailed factual and procedural history was set forth in the Court's August

7   19, 2021 Order Denying Plaintiff's Motion to (1) Dismiss for (a) Failure to State a Claim

8   for Relief and (b) Lack of Subject Matter Jurisdiction and (2) Remand to State Court and

9   is incorporated by reference.  Order, ECF No. 32; *see also Ameranth, Inc. v. ChowNow,*

10  *Inc.*, No. 320CV02167BENBLM, 2021 WL 3686056, at **1-5 (S.D. Cal. Aug. 19, 2021).

11  The Court's previous order directed Plaintiff to respond to Defendant's Amended

12  Counterclaims within ten (10) days of its order, or by Monday, August 30, 2021.

13  On August 23, 2021, the Court, through the Honorable Magistrate Judge Barbara

14  Major, issued an Order Setting Case Management Conference, which set the continued

15  Case Management Conference in this case for Friday, September 10, 2021.  ECF No. 33.

16  **III.   LEGAL STANDARD**

17  If a party timely files an amended pleading, as was done in this case, the response to

18  the amended pleading must be made within the later of (1) the time to respond to the

19  original pleading or (2) fourteen (14) days of the amended pleading "[u]nless the court

20  orders otherwise."  FED. R. CIV. P. 15(a).  Here, the Court ordered the response to be made

21  within ten (10) days of its order.  Pursuant to the Local Rules, "[e]xtensions of time for

22  answering, or moving to dismiss a complaint will only be secured by obtaining the approval

23  of a judicial officer, who will base the decision on a showing of good case."  S.D. Cal. Civ.

24  R. 12.1.  Thus, "[i]n the Southern District, court approval is required for *any* extension of

25  time to answer or move to dismiss the complaint."  Phillips, Virginia A., et al., *Rutter*

26  *Group Prac. Guide: Fed. Civ. Pro. Before Trial*, § 8:913 (The Rutter Group April 2020).

27  **IV.   DISCUSSION**

28  The parties indicate that "[i]n light of the content of the Court's August 19, 2021

1   Order, and in light of other developments in related cases since the date on which Ameranth

2   filed its Motion to Dismiss certain counterclaims of ChowNow for lack of subject matter

3   jurisdiction, the Parties are now engaged in discussions regarding the potential resolution

4   of the instant matter."  ECF No. 34 at 2, ¶ E.  They state that good cause for the extension

5   exists in order to (1) "provide the Parties with additional time to attempt to resolve this

6   matter without the necessity of incurring further fees and costs in connection with

7   ChowNow's Amended Counterclaims," (2) "provide Ameranth with additional time to

8   assess the Amended Counterclaims and the appropriate response thereto, if any, in light of

9   the content of the Court's August 19, 2021 Order," and (3) allow the parties to assess the

10   case in light of other developments in related cases.  *Id.* at 2-3, ¶ F.  The parties seek an

11   extension allowing Plaintiff to respond to ChowNow's Amended Counterclaims be

12   extended to 14 days following the conclusion of the continued Case Management

13   Conference (set for September 10, 2021), to September 24, 2021.  *Id.* at 2, ¶ F-G.   H.

14       On the one hand, the Court notes that given ChowNow filed its Amended

15   Counterclaims on December 7, 2020, *see* ECF No. 18, Plaintiff has had almost ten (10)

16   months to prepare or at least consider a response to the Amended Counterclaims, especially

17   considering their filing mooted part of Plaintiff's Motion to Dismiss.  On the other hand,

18   as the parties have noted, no previous extensions have been sought to date.  ECF No. 34 at

19   3, ¶ H.  Further, because the extension is sought for the purpose of pursuing settlement

20   discussions, the Court finds good cause exists for the requested extensions.

21   **V.   CONCLUSION**

22       Thus, for the above reasons, the Court **ORDERS** that Ameranth's deadline to

23   respond to ChowNow's Amended Counterclaims is retroactively extended from Monday,

24   August 30, 2021, to Friday, September 24, 2021.

25       **IT IS SO ORDERED.**

26    DATED:    September 1, 2021

27                                                                              **HON. ROGER T. BENITEZ**
                                                                                  United States District Judge

28

-3-